IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES D. SLACK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| V. | ) | |
| | ) | 3:26-CV-3143-G-BN |
| STATE FARM LLOYDS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should deny the plaintiff's motion to remand. *See* docket entry 17. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The court therefore **DENIES** the plaintiff's motion to remand (docket entry 14).

**SO ORDERED**.

October 16, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**